1

JS-6

2

3

NOTE: CHANGES MADE BY THE COURT

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | CASE NO: CV15-00741 RGK (SPx) |

CONSTRUCTION LABORERS TRUST
FUNDS FOR SOUTHERN
CALIFORNIA ADMINISTRATIVE
COMPANY, a Delaware limited liability
company,

Plaintiff,

vs.

HARD ROCK EQUIPMENT RENTALS
etc., et al.,

Defendants

_____

SURETEC INSURANCE COMPANY, a
Delaware limited liability company,

Cross-Claimant,

vs.

HARD ROCK EQUIPMENT RENTALS
etc., et al.,

Cross-Defendants.

_____

CASE NO: CV15-00741 RGK (SPx)

**[~~PROPOSED~~] JUDGMENT BY DEFAULT AGAINST DEFENDANTS HARD ROCK EQUIPMENT RENTALS AND KENNETH ALAN HULETT**

1

295543v3

Default has been entered against defendants Hard Rock Equipment Rentals, a California corporation also known as and doing business as Hard Rock Equipment ("HARD ROCK" or "the EMPLOYER" where not referred by its full above-captioned name) and Kenneth Alan Hulett, an individual ("HULETT" where not referred by his full above-captioned name) for their failure to answer or otherwise respond to the complaint of the plaintiff ("Plaintiff" or "CLTF" where not referred to by its full above-captioned name).  [Court Document No. 13.]  Suretec Insurance Company has been dismissed as a defendant and has dismissed its cross-complaint.  [Court Document Nos. 21 (order of dismissal as defendant); 23 (order of dismissal of cross-complaint).]

CLTF has filed a motion for judgment by default against the EMPLOYER and HULETT.  Based upon Plaintiff's motion for default judgment, the declarations submitted in support thereof, and all other records and documents on file:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.    **JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, a fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, and Southern

2

295543v3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

California Partnership for Jobs Trust Fund (hereinafter "Trust Funds" where referenced collectively), and **AGAINST DEFENDANT HARD ROCK EQUIPMENT RENTALS, A CALIFORNIA CORPORATION ALSO KNOWN AS AND DOING BUSINESS AS HARD ROCK EQUIPMENT**, in the principal amount of $6,434.94, **FOR MONETARY DAMAGES IN THE TOTAL AMOUNT OF $6,434.94.**

2.      **JUDGMENT IS HEREBY ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, a fiduciary to, and on behalf of the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-Training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance, Laborers Contract Administration Trust Fund for Southern California, Laborers' Trusts Administrative Trust Fund for Southern California, and Southern California Partnership for Jobs Trust Fund (hereinafter "Trust Funds" where referenced collectively), and **JOINTLY AND SEVERALLY AGAINST DEFENDANTS HARD ROCK EQUIPMENT RENTALS, A CALIFORNIA CORPORATION ALSO KNOWN AS AND DOING BUSINESS AS HARD ROCK EQUIPMENT, AND KENNETH ALAN HULETT, AN INDIVIDUAL**, in the principal amount of $45,846.64, plus attorneys' fees of $3,691.26 and costs of $523.45, **FOR MONETARY DAMAGES IN THE TOTAL AMOUNT OF $50,061.35.**

3

295543v3

3.      The Trust Funds have not conducted a full audit of the records of HARD ROCK for any months after March 2013.  The monetary judgment shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including CLTF on behalf of the Trust Funds or any individual Trust Fund) to determine and collect any additional amounts due by HARD ROCK or HULETT for months after March 2013.

4.      **FINAL AND PERMANENT INJUNCTIVE RELIEF IS HEREBY GRANTED AS FOLLOWS:**  Defendant Hard Rock Equipment Rentals, a California corporation also known as and doing business as Hard Rock Equipment, and its managing agents and employees, including defendant Kenneth Alan Hulett, and all those in active concert or participation with any one or more of them, are hereby ordered to submit to a full audit of the EMPLOYER for the period April 2013 through the date of the audit, to fully cooperate with CLTF and the Trust Funds with respect to the audit in order for them to determine the total amount due to the Trust Funds and the hours of work performed by the Trust Funds' participants and any others entitled to credit toward fringe benefits from any one or more of the Trust Funds, and, specifically, to produce to CLTF and the Trust Funds the following payroll and business records – and any other records determined by CLTF or the Trust Funds to be necessary to conduct a full audit – for inspection, examination and copying:

3.A.    All of the EMPLOYER's payroll and employee records, as well as any other records that might be relevant to a determination of the work performed by the EMPLOYER, its employees, its subcontractors, its lower-tier subcontractors and the employees of the EMPLOYER's subcontractors and lower-tier subcontractors, including but not limited to payroll journals, employee earnings records, certified payroll records, payroll check books and stubs, cancelled payroll checks, payroll time cards and state and federal tax returns (and all other state and federal tax records), as

295543v3

well as labor distribution journals and any other records that might be relevant to an identification of the employees who performed work for the EMPLOYER, its subcontractors or lower-tier subcontractors, or which might be relevant to a determination of the projects on which the EMPLOYER, its employees, its subcontractors, lower-tier subcontractors or the employees of its subcontractors or lower-tier subcontractors performed work, including any records that provide the names, addresses, Social Security numbers, job classification or the number of hours worked by any one or more employee;

3.B.   All of the EMPLOYER's job files for each contract, project or job on which the EMPLOYER, its employees, its subcontractors, its lower-tier subcontractors or the employees of its subcontractors or lower-tier subcontractors worked, including but not limited to all correspondence, agreements and contracts between the EMPLOYER and any general contractor, subcontractor, owner, builder or developer, as well as all field records, job records, notices, project logs, supervisors' diaries and notes, employees' diaries and notes, memoranda, releases and any other records that relate to the supervision of the EMPLOYER's employees, its subcontractors, its lower-tier subcontractors or the employees of its subcontractors and lower-tier subcontractors, or the projects on which the EMPLOYER, its employees, its subcontractors, its lower-tier subcontractors or the employees of its subcontractors or lower-tier subcontractors performed work;

3.C.   All of the EMPLOYER's records related to cash receipts, including but not limited to the EMPLOYER's cash receipts journals, accounts receivable journals, accounts receivable subsidiary ledgers and billing invoices for all contracts, projects and jobs on which the EMPLOYER, its employees, its subcontractors, its lower-tier subcontractors or the employees of its subcontractors or lower-tier subcontractors performed work;

5

295543v3

3.D.   All of the EMPLOYER's bank statements, including but not limited to those for all checking, savings and investment accounts;

3.E.   All of the EMPLOYER's records related to disbursements, including but not limited to vendors' invoices, cash disbursement journals, accounts payable journals, check registers and all other records which indicate disbursements;

3.F.   All collective bargaining agreements between the EMPLOYER and any trade union, and all records of contributions by the EMPLOYER to any trade union trust fund; and

3.G.   All records related to the formation, licensing, renewal or operation of the EMPLOYER.

**THE FAILURE TO COMPLY WITH THE INJUNCTION ISSUED HEREBY SHALL BE GROUNDS FOR CONTEMPT OF COURT.**

Dated: ___September 20, 2016_____          _____

R. Gary Klausner, Judge of the United States District Court for the Central District of California

295543v3

6